UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

**THE UNITED STATES OF AMERICA**  CIVIL ACTION # 2:15-cv-01469
**FOR THE USE AND BENEFIT OF**
**ROOFING SOLUTIONS, L.L.C.**  SECTION _____

**VERSUS**

**ATLANTIC CONTINGENCY**
**CONSTRUCTORS, LLC,**
**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**
**AND FEDERAL INSURANCE COMPANY**

COMPLAINT

NOW INTO COURT through undersigned counsel comes Roofing Solutions, L.L.C. ("Roofing"), a Louisiana limited liability company with its principal place of business in Prairieville, Louisiana, who, subject to any arbitration provisions, respectfully represents as follows:

1.

The defendants, Atlantic Contingency Constructors, LLC, a Louisiana limited liability company with its principal place of business in Baton Rouge, Louisiana, National Union Fire Insurance Company of Pittsburgh, PA, a foreign insurance company doing business in Louisiana, and Federal Insurance Company, a foreign insurance company doing business in Louisiana, are indebted unto Roofing in solido in the full sum of $113,002.22 together with 15% penalties, reasonable attorney's fees, legal interest from date of judicial demand until paid and all for all costs of these proceedings for the following:

2.

Roofing was a subcontractor to Patriot Industries, LLC, who was a subcontractor to Atlantic Contingency Constructors, LLC, the general contractor, for the NAS Building 3 Roof

Replacement Project at the Belle Chasse Naval Air Station ("Project") in Louisiana.

3.

Roofing provided labor and materials for the new built up modified bitumen roofing system between April 5, 2013 and September 4, 2014.

4.

Roofing performed work on the Project in the amount of $994,773.58.

5.

As a result of nonpayment, Roofing made demand on the defendants, National Union Fire Insurance Company of Pittsburgh, PA and Federal Insurance Company, on September 4, 2014 and on Atlantic Contingency Constructors, LLC by certified mail on October 14, 2014.

6.

At the time Roofing made demand on the defendant, Roofing was owed $245,699.22.

7.

In January of 2015, Roofing received a partial payment from Atlantic Contingency Constructors, LLC in the amount of $132,697.00 reducing the balance owed to Roofing to the sum of $113,002.22.

8.

The defendants refused to pay Roofing the remaining balance owed.

9.

Upon information and belief, National Union Fire Insurance Company of Pittsburgh, PA and Federal Insurance Company provided the performance and payment bonds for the Project. Therefore, National Union Fire Insurance Company of Pittsburgh, PA and Federal Insurance Company are obligated in solido with Atlantic Contingency Constructors, LLC for all amounts owed to Roofing.

10.

Upon information and belief, Atlantic Contingency Constructors, LLC has been paid by the owner for the work of Roofing but has refused to pay Roofing. Therefore, Roofing is entitled to 15% penalties and attorney's fees.

11.

Roofing made written demand on Atlantic Contingency Constructors, LLC by certified mail return receipt requested dated October 14, 2014 which Atlantic Contingency Constructors, LLC received on October 20, 2014. Despite this demand, Atlantic Contingency Constructors, LLC refused to pay Roofing the full amount owed to Roofing.

12.

Roofing made written demand on National Union Fire Insurance Company of Pittsburgh, PA and Federal Insurance Company by certified letter dated September 4, 2014 which defendants received on September 12, 2014. Despite this demand, National Union Fire Insurance Company of Pittsburgh, PA and Federal Insurance Company refused to pay Roofing.

13.

The owner of the project is an agency of the United States Government; therefore, this work was performed under the Miller Act.

WHEREFORE, Roofing Solutions, L.L.C. prays that the defendants be served with a copy of this complaint and ordered to answer same and after due proceedings there be judgment in favor of Roofing Solutions, L.L.C. and against Atlantic Contingency Constructors, LLC, National Union Fire Insurance Company of Pittsburgh, PA and Federal Insurance Company in solido in the full sum of $113,002.22 together with 15% penalties, attorney's fees, legal interest from date of judicial demand until paid and all costs of these proceedings.

BY ATTORNEYS:

KASTER & COP, LLC

_____
CRAIG L. KASTER, BAR Roll Number 7636
TERESA D. COP, BAR Roll Number 33783
P.O. Box 815
1076 Carney Road
Zachary, Louisiana 70791
Telephone: (225) 658-5450
Facsimile: (225) 658-5452

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

THE UNITED STATES OF AMERICA          CIVIL ACTION # 2:15-cv-01469
FOR THE USE AND BENEFIT OF
ROOFING SOLUTIONS, L.L.C.              SECTION _____

VERSUS

ATLANTIC CONTINGENCY
CONSTRUCTORS, LLC,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
AND FEDERAL INSURANCE COMPANY

VERIFICATION

STATE OF LOUISIANA
PARISH OF Ascension

Before me, the undersigned authority personally came and appeared Tupac de la Cruz who being first duly sworn deposed:

That he is a Member/Manager of Roofing Solutions, L.L.C., petitioner in the above and foregoing proceeding, and that all of the information contained in the complaint is true and correct to the best of his knowledge, information and belief.

_____
Tupac de la Cruz, Member/Manager

SWORN TO AND SUBSCRIBED BEFORE ME

this 29 day of April, 2015.

_____
NOTARY PUBLIC # 053898
DEBRA M. LAVigne